# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>American Eagle Delaware Holding Company LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1164248 | Chapter 11<br><br>Case No. 22-10028 (JKS)<br><br>**Re: Docket No. 710** |
| In re:<br><br>American Eagle Palmer Park LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1145908 | Chapter 11<br><br>Case No. 22-10029 (JKS) |
| In re:<br><br>American Eagle Tuskawilla LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1299489 | Chapter 11<br><br>Case No. 22-10030 (JKS) |
| In re:<br><br>American Eagle Leesburg AL LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1246258 | Chapter 11<br><br>Case No. 22-10031 (JKS) |
| In re:<br><br>American Eagle Brandon LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1196168 | Chapter 11<br><br>Case No. 22-10032 (JKS) |

88404723.4

| | |
|---|---|
| In re:<br><br>American Eagle Leesburg MC LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1257577 | Chapter 11<br><br>Case No. 22-10033 (JKS) |
| In re:<br><br>American Eagle Venice Island LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1321695 | Chapter 11<br><br>Case No. 22-10034 (JKS) |
| In re:<br><br>American Eagle Titusville LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1287210 | Chapter 11<br><br>Case No. 22-10035 (JKS) |
| In re:<br><br>American Eagle Island Lake LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1231975 | Chapter 11<br><br>Case No. 22-10036 (JKS) |
| In re:<br><br>American Eagle Eau Gallie LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1211483 | Chapter 11<br><br>Case No. 22-10037 (JKS) |

| | |
|---|---|
| In re:<br><br>American Eagle Owatonna AL LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 83-1340555 | Chapter 11<br><br>Case No. 22-10038 (JKS) |
| In re:<br><br>American Eagle Hanceville LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 83-1118173 | Chapter 11<br><br>Case No. 22-10039 (JKS) |
| In re:<br><br>American Eagle Ravenna LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 83-1419216 | Chapter 11<br><br>Case No. 22-10040 (JKS) |
| In re:<br><br>American Eagle Newark LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 83-1367125 | Chapter 11<br><br>Case No. 22-10041 (JKS) |
| In re:<br><br>American Eagle Kingston LLC,<br><br>       Debtor.<br><br>Employer Tax I.D. No. 83-1454882 | Chapter 11<br><br>Case No. 22-10042 (JKS) |

| | |
|---|---|
| In re:<br><br>American Eagle Hendersonville LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1443669 | Chapter 11<br><br>Case No. 22-10043 (JKS) |
| In re:<br><br>American Eagle Pleasant Prairie LLC,<br><br>Debtor.<br><br>Employer Tax I.D. No. 83-1179483 | Chapter 11<br><br>Case No. 22-10044 (JKS) |

**ORDER (I) ISSUING A FINAL DECREE CLOSING THE DEBTORS' CHAPTER 11 CASES; (II) CONSENSUALLY TERMINATING OFFICIAL CLAIMS AND NOTICING AGENT SERVICES; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[1] of the Debtors for an order issuing a final decree and closing the Debtors' chapter 11 cases; and this Court having jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having found that the notice of the Motion and opportunity for a hearing on the Motion was appropriate and no other or further notice need be provided; and this Court having reviewed the Motion and any objections thereto; and this Court having determined that the legal and factual bases set forth in the Motion and at any hearing on the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

4

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 11 U.S.C. § 350, and subject to the Court's continued retention of jurisdiction as provided for in the Plan and Confirmation Order, the following cases are hereby closed:

| Company Name | Case No. |
|---|---|
| American Eagle Delaware Holding Company, LLC | 22-10028 (JKS) |
| American Eagle Palmer Park LLC (d/b/a Lark Springs) | 22-10029 (JKS) |
| American Eagle Tuskawilla LLC (d/b/a Palmetto Landing) | 22-10030 (JKS) |
| American Eagle Leesburg AL LLC (d/b/a Vista Lake) | 22-10031 (JKS) |
| American Eagle Brandon LLC (d/b/a Aldea Green) | 22-10032 (JKS) |
| American Eagle Leesburg MC LLC (d/b/a Vista Lake) | 22-10033 (JKS) |
| American Eagle Venice Island LLC (d/b/a Maris Pointe) | 22-10034 (JKS) |
| American Eagle Titusville LLC (d/b/a Crescent Wood) | 22-10035 (JKS) |
| American Eagle Island Lake LLC (d/b/a Cascade Heights) | 22-10036 (JKS) |
| American Eagle Eau Gallie LLC (d/b/a Greenwood Place) | 22-10037 (JKS) |
| American Eagle Owatonna AL LLC (d/b/a Timberdale Trace) | 22-10038 (JKS) |
| American Eagle Hanceville LLC (d/b/a Monarch Place) | 22-10039 (JKS) |
| American Eagle Ravenna LLC (d/b/a Vista Veranda) | 22-10040 (JKS) |
| American Eagle Newark LLC (d/b/a Hearth Brook) | 22-10041 (JKS) |
| American Eagle Kingston LLC (d/b/a Sycamore Springs) | 22-10042 (JKS) |
| American Eagle Hendersonville LLC (d/b/a Red Cedar Glen) | 22-10043 (JKS) |
| American Eagle Pleasant Prairie LLC (d/b/a Robin Way) | 22-10044 (JKS) |

3. This Order is without prejudice to any party's right to re-open any case or cases.

4. The services of Epiq as the official claims and noticing agent in the above-captioned cases shall be terminated in accordance with the Motion upon the completion of the services set forth herein. Thereafter, Epiq shall have no further obligations to the Court, the Debtors, or any party in interest with respect to its duties as official Claims and Noticing Agent in these Chapter 11 Cases. Notwithstanding, Epiq may continue to provide any services that may be requested in its discretion.

5. Within twenty-eight (28) days following entry of this Order, pursuant to Local Rule 2002-1(f)(ix), Epiq shall: (a) forward to the Clerk of the Court an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF; and (c) docket a final claims register. All tasks performed by Epiq hereunder shall be at the Debtors' expense.

6. The Debtors shall not be required to comply with the requirements of Local Rule 2002-1(f)(viii) requiring direct public access to claims and the claims register at no charge.

7. The Debtors shall provide to the U.S. Trustee all quarterly reports not already filed, including reports for any partial quarter, on or before April 14, 2023, and pay any fees due to the U.S. Trustee pursuant to 28 U.S.C. § 1930, including fees for disbursements through the date of entry of this Order, even if for a partial quarter, on or before April 21, 2023.

8. In the event Epiq receives any claims or documents pertaining to these cases subsequent to the entry of this Order, Epiq shall transfer any such claims or other documents to the Debtors as soon as reasonably practicable.

9. Epiq shall perform the services required by this Order and shall be compensated by the Debtors for these services in accordance with the terms of the Claims Agent Retention Order and the related services agreement.

88404723.4

10. The Debtors and the Clerk are authorized and empowered, and may in their discretion and without further delay, take any action and perform any act necessary to implement and effectuate the terms of this Order.

11. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: March 23rd, 2023**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**